Oscar Rubin, appellant, v. Jacob Greenman, appellee. Gen. No. 32,174.

Opinion filed February 23, 1928.

Fred B. Silsbee and Clark & Clark, for appellant; Russell S. Clark, of counsel. Morris K. Levinson, for appellee.
Mr. Justice Holdom delivered the opinion of the court.